UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
HENRY TUCKER, ON BEHALF OF :
HIMSELF AND ALL OTHER :
PERSONS SIMILARLY SITUATED, :
: Civil Action No.: 1:23-cv-10793
Plaintiffs, :
: **NOTICE OF VOLUNTARY**
v. : **DISMISSAL**
:
:
SOLGAARD DESIGN INC., :
:
Defendant. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      Plaintiff(s), HENRY TUCKER, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action with prejudice and without fees and costs against Defendant, SOLGAARD DESIGN INC.

Dated: New York, New York
        February 15, 2024

**GOTTLIEB & ASSOCIATES  PLLC**

s/Dana L. Gottlieb
Dana L. Gottlieb, Esq (DG-6151)
Jeffrey M. Gottlieb, Esq. (JG-7905)
150 East 18th Street
Suite PHR
150 East 18th Street
New York, New York 10003
(212)879-0240
Attorneys for Plaintiffs

SO ORDERED:

_____
United States District Court Judge